No. 13,874.

STATE EX REL. J. A. CONWAY VS. HON. CHARLES V. PORTER, JUDGE ELEVENTH JUDICIAL DISTRICT ET ALS.

ON APPLICATION for Writ of *Certiorari.*

*Egan & Scheen and Nettles & Teer* for Relators.

ON APPLICATION FOR WRIT OF CERTIORARI.

The opinion of the court was delivered by

NICHOLLS, C. J. It is not considered that a case is herein presented for the proper exercise of the power vested in this court in the matter of its supervisory control over inferior judicial tribunals, and, accordingly, the application herein made for the writ of *certiorari* is refused.